AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
AUG 07 2024
Nathan Ochsner, Clerk of Court

Catherine M Cisneros
*Plaintiff*
v.
Armor Health
*Defendant*

Civil Action No. 2:23-CV-00292

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: Motion for defaut judment.
Please accept my late response and plee of forgivness, for not replying sooner. A default motion was entered on Feb 23rd, 2024. I was not fully aware what I was to do next. I graciuosly thank the courts for giving me the opportunity to explain and move forward with this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 8/7/24

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*