United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
OCT 04 2024
Nathan Ochsner, Clerk of Court

Catherine M. Cisneros

vs

Armor Health

Civil action no:
2:23CV-00292

### Amended motion for Default Judgment

I Catherine Cisneros believe that a default judgment be awarded to me the plaintiff in this case.

The defendant, Armor Healt, did not respectfully provide an answer to the court as requested. This clearly shows the lack of respect for the courts.

Therefore I believe this amended motion for default judgment be awarded to the defendant, Catherine Cisneros. In the amount of $130,000.00 for the wages I would have made if not terminated for retaliation for two years, and 401K that was used to pay for bills accumulating.

Respectfully,
Catherine Cisneros