Case 2:23-cv-00292   Document 22   Filed on 03/21/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATHERINE M CISNEROS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00292 |
| | § | |
| ARMOR HEALTH, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 19). The M&R recommends that the Court:

- Deny Plaintiff's motion for default judgment, (D.E. 18);

- Vacate the clerk's entry of default, (D.E. 12); and

- Give Plaintiff an additional thirty days to file a proof of service reflecting service upon Defendant that satisfies Federal Rule of Civil Procedure 4.

(D.E. 19, p. 1).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings

of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 19). Accordingly, the Court **DENIES** Plaintiff's motion for default judgment, (D.E. 18), and **VACATES** the clerk's entry of default, (D.E. 12). The Court **DIRECTS** the Clerk of Court to mail a copy of this Order to Plaintiff at the address on file by certified mail with return receipt requested. The Court **ORDERS** that Plaintiff must serve process upon Defendant that satisfies Federal Rule of Civil Procedure 4 **within thirty (30) days** of receiving this Order.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
March 21st, 2025