United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATHERINE M CISNEROS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00292 |
| ARMOR HEALTH, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's D.E. 29 order adopting Magistrate Judge Julie K. Hampton's Memorandum and Recommendation, the Court enters final judgment dismissing this case without prejudice. (D.E. 2). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 3, 2025

1 / 1